```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                         PENSACOLA DIVISION
```

IN RE:                                )
                                      )
BRADLEY AND PATRICIA MUENCH           )   CASE NO.  08-32076-LMK
                                      )      CHAPTER 7
        Debtor.                       )
_____)

### REPORT OF UNCOLLECTED FUNDS

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 18 | South Verizon Wireless<br>P. O. Box 3397<br>Bloomington, IL 61702 | $3.80 |

/s/ John E. Venn, Jr.
JOHN E. VENN, JR.,
TRUSTEE
FL Bar No. 184992
220 W. Garden St.
Suite 603
Pensacola, FL 32502
(850) 438-0005
Johnevennjrpa@aol.com